Dismissed and Memorandum Opinion filed May 15, 2008








Dismissed
and Memorandum Opinion filed May 15, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00551-CV

____________

 

RUBY LEDBETTER, Appellant

 

V.

 

MERCK & CO., INC., Appellee

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-59499A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 8, 2007.  On March 20, 2008, appellant
filed a motion to dismiss the appeal, the underlying lawsuit, and to vacate the
trial court=s orders dated April 19, 2007, and June 7, 2007.  See Tex. R. App. P. 42.1.  Appellee opposes
appellant=s motion to the extent it requests dismissal of the underlying suit and
vacation of the trial court=s orders.  We grant appellant=s motion in part and deny it in part.

We grant
appellant=s motion to dismiss the appeal.  We deny the motion to dismiss the
underlying suit and to vacate the trial court=s orders of April 19, 2007, and June
7, 2007.








Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 15,
2008.

Panel consists of Justices Yates, Anderson, and Brown.